See *Workman v. Warden* (1997), 80 Ohio St.3d 1479, 687 N.E.2d 474; *Pegan v. Crawmer* (1995), 73 Ohio St.3d 607, 609, 653 N.E.2d 659, 661. Respondents are ordered to file a return of writ within thirty days of service of the petition, and petitioner may file a response within twenty days after the return. Petitioner's physical presence before this court is not required. *Gaskins v. Shiplevy* (1996), 76 Ohio St.3d 380, 382, 667 N.E.2d 1194, 1196.

DOUGLAS, RESNICK and LUNDBERG STRATTON, JJ., dissent and would dismiss this cause.

**98–2192. State v. Snodgrass.**
Lucas App. No. L–93–250. On motion for leave to file delayed appeal. Motion denied.

**98–2201. State v. Keith.**
Richland App. No. 97CA442. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., dissents.

**98–2202. State v. Sybert.**
Lucas App. No. L–96–337. On motion for leave to file delayed appeal. Motion granted.
RESNICK and F.E. SWEENEY, JJ., dissent.

**98–2204. State v. Scott.**
Cuyahoga App. No. 74805. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., and PFEIFER, J., dissent.

**98–2231. State v. Miller.**
Cuyahoga App. Nos. 72344, 72345, 72346 and 72347. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., PFEIFER and COOK, JJ., dissent.

**98–2246. State v. Martin.**
Montgomery App. No. 15615. On motion for leave to file delayed appeal. Motion denied.

**98–2263. State v. Halliwell.**
Cuyahoga App. No. 70369. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., and DOUGLAS, J., dissent.

**98–2264. State v. Marshall.**
Lucas App. No. L–97–1199. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

**98–2265. State v. Wilberger.**
Cuyahoga App. No. 74775. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

**98–2280. State v. Avery.**
Union App. No. 14–97–30. On motion for stay. Motion denied.

**98–2282. State v. Johnson.**
Delaware App. No. 96CAA12066. On motion for leave to file delayed appeal. Motion denied.

**98–2285. State ex rel. White v. Goldsberry.**
Athens App. No. 98CA38. On motion for stay. Motion denied.

**98–2301. State v. Gowdy.**
Hamilton App. No. C–970359. On motion for leave to file delayed appeal. Motion granted.
RESNICK, F.E. SWEENEY and COOK, JJ., dissent.

# RECONSIDERATION DOCKET

**97–929. State v. McNeill.**
Lorain App. No. 95CA006158. Reported at 83 Ohio St.3d 438, 700 N.E.2d 596. On motion for reconsideration. Motion denied.

**97–1974. State v. McNeill.**
Lorain App. No. 95CA006158. Reported at 83 Ohio St.3d 457, 700 N.E.2d 613. On motion for

reconsideration. Motion denied.

LUNDBERG STRATTON, J., dissents.

**97–2676. Cincinnati Bar Assn. v. Caliman.**

Reported at 83 Ohio St.3d 461, 700 N.E.2d 857. On motion for reconsideration. Motion denied.

DOUGLAS, RESNICK and LUNDBERG STRATTON, JJ., dissent.

**97–2684. State ex rel. Stinson v. Youngstown Osteopathic Hosp.**

Franklin App. No. 96APD10–1323. Reported at 83 Ohio St.3d 400, 700 N.E.2d 326. On motion for reconsideration. Motion denied.

**98–1036. Smith v. Walker.**

Pickaway App. No. 98CA10. Reported at 83 Ohio St.3d 431, 700 N.E.2d 592. On motion for reconsideration. Motion denied.

DOUGLAS, J., dissents.

**98–1363. Reese v. Price.**

Erie App. No. E–97–086. Reported at 83 Ohio St.3d 1460, 700 N.E.2d 877. On motion for reconsideration. Motion denied.

RESNICK, J., not participating.

**98–1550. State v. McGee.**

Logan App. No. 8–98–01. Reported at 83 Ohio St.3d 1461, 700 N.E.2d 878. On motion for reconsideration. Motion denied.

**98–1577. State v. Gillard.**

Stark App. Nos. 1997CA00318 and 1997CA00410. Reported at 83 Ohio St.3d 1461, 700 N.E.2d 878. On motion for reconsideration. Motion denied.

LUNDBERG STRATTON, J., would allow on Proposition of Law No. IX.

PFEIFER, J., would allow.

**98–1605. Swaney v. Syndicate Mgt., Inc.**

Cuyahoga App. No. 73509. Reported at 83 Ohio St.3d 1472, 701 N.E.2d 380. On motion for reconsideration. Motion denied.

**98–2022. State ex rel. Manos v. Delaware Cty. Bd. of Elections.**

Reported at 83 Ohio St.3d 562, 701 N.E.2d 371. On motion for reconsideration. Motion denied.

F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., dissent.